## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Russell, Melissa S

Printed: 03/10/09

Case Number:  07 B 03836
Judge:  Hollis, Pamela S
Filed:  3/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  January 26, 2009
Confirmed:   May 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 535.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 504.46 |
| Trustee Fee: |  | 30.54 |
| Other Funds: |  | 0.00 |
| Totals: | 535.00 | 535.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,334.00 | 504.46 |
| 2. | Asset Acceptance | Unsecured | 5.48 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 257.50 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 16.89 | 0.00 |
| 5. | Western International University | Unsecured |  | No Claim Filed |
| 6. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 7. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 8. | United States Dept Of Education | Unsecured |  | No Claim Filed |
| 9. | Van Ru Collection Agency | Unsecured |  | No Claim Filed |
| 10. | Merchants Credit Guide | Unsecured |  | No Claim Filed |
| 11. | Wells Fargo Education Financial Services | Unsecured |  | No Claim Filed |
| 12. | American Collection Corp | Unsecured |  | No Claim Filed |
|  |  |  | $ 2,613.87 | $ 504.46 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 20.79 |
| 6.5% | 9.75 |
|  | $ 30.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Russell, Melissa S

Printed: 03/10/09

Case Number:  07 B 03836

Judge:  Hollis, Pamela S

Filed:  3/5/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: